ORDER

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

APR 29 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| RAYMUNDO HERNANDEZ-NINO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 1:13-cv-00009 |
| | § | Criminal No. 1:11-cr-838 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. Petitioner has filed no objections. After a *de novo* review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED, ADJUDGED,** and **DECREED** that Raymundo Hernandez-Nino's instant case is **DISMISSED, without prejudice to the filing of any timely, non-barred future motion under 28 U.S.C. § 2255.**

Signed in Brownsville, Texas on this 29 day of April 2013.

Hilda G. Tagle
Senior United States District Judge